# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**AN'TONIO LONELL BARNES, #73449**                                               **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 5:09-cv-102-DCB-MTP**

**JACQUELYN BANKS, GABRIEL WALKER,**
**CONNIE GAINES AND MIKE LOLLIS**                                 **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

THIS the  21st  day of September, 2009.

                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE